FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D18-1849
_____

GREGORY HARRIS,

    Appellant,

    v.

STATE OF FLORIDA; JUDGE
THOMAS REBULL; ASSISTANT
STATE ATTORNEY GRISKA MENA
RODRIGUEZ; ASSISTANT STATE
ATTORNEY STEVEN
DEMANOVICH; ASSISTANT STATE
ATTORNEY NATALIE SNYDER;
ASSISTANT PUBLIC DEFENDER
KELLY FOSTER; JELANI DAVIS;
JOHNNY BROUDY,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

February 15, 2019


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Gregory Harris, pro se, Appellant.

Ashley B. Moody, Attorney General, William Stafford, Senior Assistant Attorney General, Tallahassee, for Appellees.